JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samaa Al-Moukdad,<br><br>    Plaintiff.<br><br>  v.<br><br>Mercedes-Benz USA, LLC et al,<br><br>    Defendant. | SACV 22-00436-JVS (JDEx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: December 13, 2022

                                     James V. Selna<br>
                              United States District Judge